" The complaint in this case shows that plaintiff was the owner of the bonds from which the coupons sued on were cut.

" On authority of *Savings Bank* case,* the judgment should be modified by deducting therefrom eight hundred and eighty dollars and sixty cents, and, as modified, affirmed, without costs to either party in this court."

All concur.

Judgment accordingly.

---

WILLIAM II. CHAPMAN, Respondent, *v.* THE TOWN OF TAYLOR, Appellant.

(Argued December 9, 1892; decided January 17, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 26, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Circuit without a jury.

The following is the *mem.* of decision handed down by the court:

" It appears by the thirty-fifth finding of fact that in 1881 the plaintiff was the owner of the bonds from which the coupons sued on were cut. That ownership presumptively continued, and is not shown to have been changed.

---

* *Williamsburgh Savings Bank* v. *Town of Solon* (*ante,* page 465).

" On authority of *Savings Bank* case,* the judgment should be modified by deducting therefrom the sum of six hundred and fifty-seven dollars and ninety-eight cents, and, as modified, be affirmed, without costs to either party in this court."

All concur.

Judgment accordingly.